Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.*

1. CAPTION OF ACTION                    17 CV 6279 CJS

A.  **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. JAMES MURRAY
2. 

-VS-

B.  **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. TODD QUEENO
2. Jane and Johne Does
3. 
4. 
5. 
6. 

ET. AL

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: James Murray (95-A-4417)
Present Place of Confinement & Address: Southport Correctional Facility
P.O. Box #2000
Pine City, N.Y. 14871

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __TODD QUEENO__
(If applicable) Official Position of Defendant: __CORRECTION OFFICER__
(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity
Address of Defendant: __WENDE CORRECTIONAL FACILITY, WENDE RD__
__PO BOX 1187, AIDEN, NY. 14004-1187__

Name of Defendant: __Jane / John Does__
(If applicable) Official Position of Defendant: __CO's Sgt. Lts Capt. Deputy (RANK & FILE ETC)__
(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity
Address of Defendant: __WENDE CF, CENTRAL OFFICE__

Name of Defendant: __"__
(If applicable) Official Position of Defendant: __"__
(If applicable) Defendant is Sued in __"__ Individual and/or __"__ Official Capacity
Address of Defendant: __"__  __WENDE CF, CENTRAL OFFICE__

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes___  No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*
1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2.  Court (if federal court, name the district; if state court, name the county):_____

3.  Docket or Index Number:_____
4.  Name of Judge to whom case was assigned:_____

2

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved. _____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?

    Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): I DONT RECALL THEM I DISCARDED PAPERWORK BUT I WILL WRITE TO THE CLERKS TRY TO GET THE INFOS

    Defendant(s): _____

2. District Court: _____

3. Docket Number: _____

4. Name of District or Magistrate Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

      ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

      ____ By court for failure to exhaust administrative remedies;

      ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

      ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) 5/6/16

defendant (give the name and position held of each defendant involved in this incident) TODD QUEENO CORRECTION OFFICER AND OTHERS WHO'S NAMES I DON'T HAVE NOW

did the following to me (briefly state what each defendant named above did): Subjected me to a unreasonable degree of harm by not searching prisoners for all the weapons they know or should know are brought to the yard where they know's [A HIGH RATE OF ASSAULTS IN PRISONS] ALSO THEY failed to run the phones as is done in alot of facilities cause to not do so causes incidents that result in harm, and they refused me protection to specific threats despite fight over phone & my request prior to my being severely cut CAUSING 57 STITCHES & PERMINENT FACIAL DISFIGUREMENT & PAIN PHYSICALLY & MENTALLY

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ALSO MAYBE MORE & I DON'T KNOW AND RESERVE RIGHT TO INCLUDE Failure to Protect Failure to provide Reasonable safety.

The relief I am seeking for this claim is (briefly state the relief sought): Declatory relief, injunctive relief, compensatory and punitive damages.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No  If yes, what was the result? nothing - as usual  (WDE - 42426 - 16  Grievance #)

Did you appeal that decision? ✓ Yes ___ No  If yes, what was the result? nothing - as usual  (WDE - 42426 - 16  Grievance #)

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) 5/6/16 and prior to and to date

defendant (give the name and position held of each defendant involved in this incident) Jane/John Doe commissioner on down that are responsible for safety & security for providing reasonable degree of Protect to those under the care, custody and control of Nys.DOCCS, those thats sup sposed to collect & analyse data, recommend & approve policy etc and have all to do with safety & security

did the following to me (briefly state what each defendant named above did): failed to provide me a reasonably safe & secure inviornment to foreseable risk, failed to protect me from harm they knew of and shouldve knew of were willfully, intelligently and knowingly as well as negligently, grossly negligently & deliberately indifferently in their policies Practices customs etc, to do with hiring, training, supervising, monitoring, deployment of staff & charges & safety measures, firing, disciplining, maintainence of facilitys and its occupents systemic abuses that caused me harm 47 stitches from foreseable attack. Had no weapon detection apparatus, had no cameras, didn't use security measure didn't make sure the security measures were employed & properly

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Failure to provide a reasonable degree of Protect Pendent/Supplemental action Federal and then state tort, too

The relief I am seeking for this claim is (briefly state the relief sought): Declatory, Injunctive, compensatory & punitive damages

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? WDE-42426-16 GRIEVANCE # (NOTHING AS USUAL)

Did you appeal that decision? ✓ Yes ___ No   If yes, what was the result? WDE-42426-16 GRIEVANCE # (NOTHING AS USUAL)

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

\* SEE ADDITIONAL SHEETS OF PAPER WITH ADDITIONAL CLAIMS \*

If you have additional claims, use the above format and set them out on additional sheets of paper.

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

DECLATORY, INJUNCTIVE, COMPENSATORY AND PUNITIVE DAMAGES RELIEF.

Do you want a jury trial? Yes ✓ No ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~May~~ April 11th 2017
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*James Murray*

Signature(s) of Plaintiff(s)

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** JAMES MURRAY

**DEFENDANTS** MAY 3 2017

**(b)** County of Residence of First Listed Plaintiff  CHEMUNG
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  ERIE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  PRO SE
SOUTHPORT C.F. (BOX 2000)
PINE CITY, N.Y. 14871-2000
JAMES MURRAY (95A4417)

Attorneys *(If Known)*  ATTORNEY GENERAL WILL BECOME ATTORNEY AFTER SERVICE

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:  42 U.S.C. § 1983, Civil Rights Action

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**  TO BE DETERMINED BY JURY
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*  I DONT RECALL
JUDGE _____  DOCKET NUMBER _____

DATE  4/11/17
SIGNATURE OF ATTORNEY OF RECORD  James Murray "Pro Se"

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE