UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES MURRAY,

                              Plaintiff,                VIDEO CONFERENCE ORDER

                                  -v-                                 17-CV-6279

TODD QUEENO, et al.,

                              Defendant.

---

        The Court will hold a video conference in the above-captioned matter on February 25, 2022, to conduct a status conference, accordingly

        IT HEREBY IS ORDERED that a status conference will be held on **February 25, 2022 at 11:00 a.m.** and conducted **VIA VIDEO CONFERENCE**. It is requested that the plaintiff, an inmate at Collins Correctional Facility, be given permission to have his legal papers relative to this action available at the time of the video conference call.

        FURTHER, that failure by any party or counsel for a party to prepare in good faith for this hearing in accordance with this order, and any party's or counsel's failure or refusal to attend or take part in this conference, may be sanctioned by the Court as provided by the Federal Rules of Civil Procedure, including the dismissal of the case with prejudice or judgment for the plaintiff.

        SO ORDERED.

Dated:  January 27, 2022
           Rochester, New York

                                                          *Charles J. Siragusa*
                                                          CHARLES J. SIRAGUSA
                                                          United States District Judge